IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. 3:11mc171

IN RE: OFFICIAL COURT CLOSING

FILED
CHARLOTTE, NC
NOV - 3 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

THIS MATTER is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina and all related court agencies will be closed on Thursday, November 24, 2011, and on Friday, November 25, 2011 for the Thanksgiving holiday.

There will be no additional court closings for the month of December, 2011.

IT IS SO ORDERED THIS 27th DAY OF OCTOBER, 2011.

Robert J. Conrad, Jr., Chief
U.S. District Judge